

# Fourth Court of Appeals
## San Antonio, Texas

October 26, 2016

No. 04-16-00666-CV

**IN RE** Trudy Jane Schuetze **SUNDIN**

Original Proceeding[1]

**ORDER**

Sitting:       Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On October 12, 2016, Relator filed a petition for writ of injunction, alternative motion for emergency relief and motion to consolidate. The court has considered the petition and is of the opinion that Relator is not entitled to the relief sought. Accordingly, the petition for writ of injunction is DENIED. *See* TEX. R. APP. P. 52.8(a). Relator's motions are likewise DENIED. The court's opinion will issue at a later date.

It is so **ORDERED** on October 26, 2016.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of October, 2016.

_____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 16-048-PR, styled *In the Estate of Jack C. Gilbert, Jr., Deceased*, pending in the County Court at Law, Kendall County, Texas, the Honorable Stephen B. Ables presiding.